FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 1 6 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:13-CR-108-GMN-(VCF) |
| v. ) | |
| ) | |
| MICHAEL STEVEN GOLDMAN, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on April 16, 2013, defendant MICHAEL STEVEN GOLDMAN pled guilty to Count One of a One-Count Criminal Information charging him in Count One with Transportation of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(1) and (a)(5)(b). Criminal Information, ECF No. __; Change of Plea Minutes, ECF No. **20**.

This Court finds defendant MICHAEL STEVEN GOLDMAN agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Information and the Plea Agreement. Criminal Information, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Information and agreed to in the Plea Agreement and the offense to which defendant MICHAEL STEVEN GOLDMAN pled guilty. Criminal Information, ECF No. __; Plea Agreement, ECF No. __.

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2  2253(a)(1) and (a)(3):

3      a.     a 2012 Gray BMW X5 bearing VIN# 5UXZV4C52CL744112;

4      b.     a Silver 64GB iPad, SN: DLXFFB660JHH;

5      c.     a Silver MacBook Pro laptop SN: W8922237Y66E;

6      d.     a Black 64 GM iPhone 4S, SN: DNPGJ46VDTFG;

7      e.     a Black and Silver thumb drive;

8      f.      an external hard drive;

9      g.     other media; and

10     h.     any and all computer images, including movie files, depicting a minor
11 engaging in sexually explicit conduct and the diskettes and hard drives on
12 which they are maintained.

13  This Court finds the United States of America is now entitled to, and should, reduce the
14 aforementioned property to the possession of the United States of America.

15  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
16 United States of America should seize the aforementioned property.

17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
18 MICHAEL STEVEN GOLDMAN in the aforementioned property is forfeited and is vested in the
19 United States of America and shall be safely held by the United States of America until further order
20 of the Court.

21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
22 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
23 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
24 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
25 the name and contact information for the government attorney to be served with the petition,
26 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

2  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

3    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

4  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

5  following address at the time of filing:

6    MICHAEL A. HUMPHREYS
     Assistant United States Attorney
7    Lloyd D. George United States Courthouse
     333 Las Vegas Boulevard South, Suite 5000
8    Las Vegas, Nevada 89101.

9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

10 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

11 following publication of notice of seizure and intent to administratively forfeit the above-described

12 property.

13   DATED this 16 day of April, 2013.

                                         _____
                                         UNITED STATES DISTRICT JUDGE