

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.   2:13-CR-108-GMN-(VCF)

MICHAEL STEVEN GOLDMAN,

Defendant.

## FINAL ORDER OF FORFEITURE

On April 16, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant MICHAEL STEVEN GOLDMAN to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant MICHAEL STEVEN GOLDMAN pled guilty. Change of Plea, ECF No. 20; Criminal Information, ECF No. 22; Plea Agreement, ECF No. 24; Preliminary Order of Forfeiture, ECF No. 25.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 18, 2014, through February 16, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 34.

. . .

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2   time for filing such petitions and claims has expired.
3   This Court finds no petitions are pending with regard to the assets named herein and the time
4   for presenting such petitions has expired.
5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8   32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States
9   Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    a 2012 Gray BMW X5 bearing VIN# 5UXZV4C52CL744112;

    b.    a Silver 64GB iPad, SN: DLXFFB660JHH;

    c.    a Silver MacBook Pro laptop SN: W8922237Y66E;

    d.    a Black 64 GM iPhone 4S, SN: DNPGJ46VDTFG;

    e.    a Black and Silver thumb drive;

    f.    an external hard drive;

    g.    other media; and

    h.    any and all computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___ day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE